# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

Stephen John Casey, Sr.

    Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

Steven O'Brien' Superintendent
   V

    Defendant

CASE NUMBER:

I, __Stephen John Casey, Sr.__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __North Central Correction Institute__

   Are you employed at the institution? __yes__    Do you receive any payment from the institution? __yes__

   Have the Institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    Yes ☐   No ☒
   b. Rent payments, interest or dividends    Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments    Yes ☐   No ☒
   d. Disability or workers compensation payments    Yes ☐   No ☒
   e. Gifts or inheritances    Yes ☐   No ☒
   f. Any other sources    Yes ☐   No ☒

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE                    SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____
_____. I further certify that during the past six months the applicant's average balance was $ _____.

_____    _____
DATE                    SIGNATURE OF AUTHORIZED OFFICER

MASSACHUSETTS                                           NCCI-GARDNER
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

| | | | |
|---|---|---|---|
| Inmate Name............ | Steven | Casey | |
| Commitment number.... | W67232 | | |
| Period encompassed.... | 3/7/04 | THRU | 9/7/04 |
| Six Month Average Daily Balance | 14.55 | 269.90 | 284.45 |
| 20% of Six Month Average Daily Balance | 56.89 | | |
| Total Expenditures for Period | | | 166.58 |
| Total Income for Period | | | 294.65 |

To the best of my knowledge, the above
summary information is true and accurate:

Signed _____*Sheila Cregg*_____
Sheila Cregg, Treasurer

Time: _____4:30_____

Date: _____9-7-04_____

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20040907 12:25

| Commit# : | W67232 | | | NCCI GARDNER | | | Page: 1 |
| Name : | CASEY, STEVEN, , | | | Statement From | 20040307 | | |
| Inst : | NCCI GARDNER | | | To | 20040907 | | |
| Block : | THOMPSON-3 | | | | | | |
| Cell/Bed : | 323 /A | | | | | | |

14.91

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $724.40 | $709.49 | $411.96 | $205.24 |
| 20040308 13:42 | EX - External Disbursement | 2483707 | 33707 | GAR | ~DETAILS | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2491048 | | GAR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2491049 | | GAR | | $0.00 | $0.00 | $0.27 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2518111 | | GAR | ~20040222 To 20040228 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2518112 | | GAR | ~20040222 To 20040228 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2547224 | | GAR | ~20040229 To 20040306 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2547225 | | GAR | ~20040229 To 20040306 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040324 23:01 | PY - Payroll | 2576380 | | GAR | ~20040307 To 20040313 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040324 23:01 | PY - Payroll | 2576381 | | GAR | ~20040307 To 20040313 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040331 23:02 | PY - Payroll | 2604474 | | GAR | ~20040314 To 20040320 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040331 23:02 | PY - Payroll | 2604475 | | GAR | ~20040314 To 20040320 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040407 22:30 | CN - Canteen | 2626036 | | GAR | ~Canteen Date : 20040407 | $0.00 | $19.10 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2634131 | | GAR | ~20040321 To 20040327 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2634132 | | GAR | ~20040321 To 20040327 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040413 11:06 | IS - Interest | 2651645 | | GAR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2651646 | | GAR | | $0.00 | $0.00 | $0.29 | $0.00 |
| 20040413 15:01 | ML - Mail | 2665612 | | GAR | ~MEDERIOS, DARLENE, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2678872 | | GAR | ~20040328 To 20040403 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2678873 | | GAR | ~20040328 To 20040403 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040421 22:30 | CN - Canteen | 2700884 | | GAR | ~Canteen Date : 20040421 | $0.00 | $32.37 | $0.00 | $0.00 |
| 20040421 23:02 | PY - Payroll | 2706795 | | GAR | ~20040404 To 20040410 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040421 23:02 | PY - Payroll | 2706796 | | GAR | ~20040404 To 20040410 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040428 23:02 | PY - Payroll | 2735038 | | GAR | ~20040411 To 20040417 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040428 23:02 | PY - Payroll | 2735039 | | GAR | ~20040411 To 20040417 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040504 15:06 | IC - Transfer from Inmate to Club A/c | 2750673 | | GAR | ~HAIR CUT 4/23/04~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040505 23:02 | PY - Payroll | 2763855 | | GAR | ~20040418 To 20040424 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040505 23:02 | PY - Payroll | 2763856 | | GAR | ~20040418 To 20040424 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20040512 23:02 | PY - Payroll | 2792562 | | GAR | ~20040425 To 20040501 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20040512 23:02 | PY - Payroll | 2792563 | | GAR | ~20040425 To 20040501 | $0.00 | $0.00 | $4.50 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20040907 12:25

Page: 2

| Commit# : | W67232 | | | NCCI GARDNER | | | | |
| Name : | CASEY, STEVEN, , | | | Statement From | 20040307 | | | |
| Inst : | NCCI GARDNER | | | To | 20040907 | | | |
| Block : | THOMPSON-3 | | | | | | | |
| Cell/Bed : | 323 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040513 07:32 | IS - Interest | 2796017 | | GAR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2796018 | | GAR | | $0.00 | $0.00 | $0.30 | $0.00 |
| 20040519 22:30 | CN - Canteen | 2828752 | | GAR | ~Canteen Date : 20040519 | $0.00 | $10.80 | $0.00 | $0.00 |
| 20040521 11:42 | PY - Payroll | 2843655 | | GAR | ~20040502 To 20040508 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040521 11:42 | PY - Payroll | 2843656 | | GAR | ~20040502 To 20040508 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040526 23:02 | PY - Payroll | 2866985 | | GAR | ~20040509 To 20040515 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040526 23:02 | PY - Payroll | 2866986 | | GAR | ~20040509 To 20040515 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040602 23:02 | PY - Payroll | 2890356 | | GAR | ~20040516 To 20040522 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040602 23:02 | PY - Payroll | 2890357 | | GAR | ~20040516 To 20040522 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040608 16:18 | IC - Transfer from Inmate to Club A/c | 2911553 | | GAR | ~5/17/04 Medical Co-Pay Fee~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040608 16:18 | AT - Account Transfer | 2911552 | | GAR | ~5/17/04 Medical Co-Pay Fee~W67232 CASEY,STEVEN PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20040609 23:02 | PY - Payroll | 2922963 | | GAR | ~20040523 To 20040529 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040609 23:02 | PY - Payroll | 2922964 | | GAR | ~20040523 To 20040529 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040610 07:35 | IS - Interest | 2925831 | | GAR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2925832 | | GAR | | $0.00 | $0.00 | $0.34 | $0.00 |
| 20040616 23:02 | PY - Payroll | 2969564 | | GAR | ~20040530 To 20040605 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040616 23:02 | PY - Payroll | 2969565 | | GAR | ~20040530 To 20040605 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040622 22:30 | CN - Canteen | 2985102 | | GAR | ~Canteen Date : 20040622 | $0.00 | $12.21 | $0.00 | $0.00 |
| 20040623 23:02 | PY - Payroll | 2998340 | | GAR | ~20040606 To 20040612 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040623 23:02 | PY - Payroll | 2998341 | | GAR | ~20040606 To 20040612 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040630 22:30 | CN - Canteen | 3018900 | | GAR | ~Canteen Date : 20040630 | $0.00 | $21.20 | $0.00 | $0.00 |
| 20040630 23:03 | PY - Payroll | 3026987 | | GAR | ~20040613 To 20040619 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040630 23:03 | PY - Payroll | 3026988 | | GAR | ~20040613 To 20040619 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040707 23:03 | PY - Payroll | 3055979 | | GAR | ~20040620 To 20040626 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040707 23:03 | PY - Payroll | 3055980 | | GAR | ~20040620 To 20040626 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040713 17:10 | IS - Interest | 3073846 | | GAR | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3073847 | | GAR | | $0.00 | $0.00 | $0.37 | $0.00 |
| 20040714 23:03 | PY - Payroll | 3100855 | | GAR | ~20040627 To 20040703 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040714 23:03 | PY - Payroll | 3100856 | | GAR | ~20040627 To 20040703 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040721 22:30 | CN - Canteen | 3122877 | | GAR | ~Canteen Date : 20040721 | $0.00 | $12.24 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20040907 12:25

| | | | | |
|---|---|---|---|---|
| Commit# : | W67232 | | NCCI GARDNER | Page: 3 |
| Name : | CASEY, STEVEN, , | | Statement From 20040307 | |
| Inst : | NCCI GARDNER | | To 20040907 | |
| Block : | THOMPSON-3 | | | |
| Cell/Bed : | 323 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040721 23:03 | PY - Payroll | 3129474 | | GAR | ~20040704 To 20040710 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040721 23:03 | PY - Payroll | 3129475 | | GAR | ~20040704 To 20040710 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040728 16:24 | IC - Transfer from Inmate to Club A/c | 3148823 | | GAR | ~Hair Cut List 7/15/04~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040728 16:24 | AT - Account Transfer | 3148822 | | GAR | ~Hair Cut List 7/15/04~W67232 CASEY,STEVEN  PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20040728 23:03 | PY - Payroll | 3157984 | | GAR | ~20040711 To 20040717 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040728 23:03 | PY - Payroll | 3157985 | | GAR | ~20040711 To 20040717 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040802 09:31 | ML - Mail | 3166739 | | GAR | ~CASEY, HEATHER, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040804 22:30 | CN - Canteen | 3176510 | | GAR | ~Canteen Date : 20040804 | $0.00 | $19.56 | $0.00 | $0.00 |
| 20040804 23:04 | PY - Payroll | 3186370 | | GAR | ~20040718 To 20040724 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040804 23:04 | PY - Payroll | 3186371 | | GAR | ~20040718 To 20040724 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040805 10:21 | IC - Transfer from Inmate to Club A/c | 3187809 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3207907 | | GAR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3207908 | | GAR | | $0.00 | $0.00 | $0.47 | $0.00 |
| 20040811 23:03 | PY - Payroll | 3230294 | | GAR | ~20040725 To 20040731 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040811 23:03 | PY - Payroll | 3230295 | | GAR | ~20040725 To 20040731 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040818 23:02 | PY - Payroll | 3259183 | | GAR | ~20040801 To 20040807 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040818 23:02 | PY - Payroll | 3259184 | | GAR | ~20040801 To 20040807 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040825 22:30 | CN - Canteen | 3280729 | | GAR | ~Canteen Date : 20040825 | $0.00 | $17.54 | $0.00 | $0.00 |
| 20040825 23:02 | PY - Payroll | 3287487 | | GAR | ~20040808 To 20040814 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040825 23:02 | PY - Payroll | 3287488 | | GAR | ~20040808 To 20040814 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20040901 23:04 | PY - Payroll | 3315621 | | GAR | ~20040815 To 20040821 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20040901 23:04 | PY - Payroll | 3315622 | | GAR | ~20040815 To 20040821 | $0.00 | $0.00 | $5.25 | $0.00 |
| | | | | | | $163.61 | $162.08 | $131.04 | $4.50 |

Balance as of ending date :  Personal $16.44   Savings $333.26

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $16.44 | $333.26 | $0.00 | $0.00 | $0.00 | $0.00 |