# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN JOHN CASEY, SR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>STEVEN O'BRIEN, )<br>)<br>Respondent. )<br>) | Civil Action No. 04-11940-PBS |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for Respondent Steven O'Brien, Superintendent of the North Central Correctional Institute at Gardner, Massachusetts, in the matter listed above.

                 Respectfully submitted,

                 THOMAS F. REILLY
                 Attorney General

                 _/s/ Randall E. Ravitz_
                 Randall E. Ravitz (BBO # 643381)
                 Assistant Attorney General
                 Criminal Bureau
                 One Ashburton Place
                 Boston, Massachusetts 02108
                 (617) 727-2200, ext. 2852

Dated: December 6, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on December 6, 2004, by first class mail, postage prepaid, upon:

Stephen John Casey, Sr.
W-67232
North Central Correctional Institute
500 Colony Road
P.O. Box 466
Gardner, MA 01440

pro se

_____
Randall E. Ravitz