UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN JOHN CASEY, SR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>STEVEN O'BRIEN, )<br>)<br>Respondent. )<br>) | Civil Action No. 04-11940-PBS |

## RESPONDENT'S MOTION TO DISMISS

The Respondent, Steven O'Brien, in his capacity as Superintendent of the North Central Correctional Institute at Gardner, Massachusetts (the "Respondent"), hereby respectfully moves for dismissal of the Habeas Corpus Petition (the "Petition") filed by Petitioner Steven John Casey, Sr. (the "Petitioner"). The Petitioner cannot maintain this action, because he failed to satisfy the statutory requirement that he exhaust state remedies prior to filing his Petition. In further support of this Motion, the Respondent relies on and incorporates the memorandum of law and appendix filed herewith.

WHEREFORE, the Respondent requests that this Honorable Court allow this Motion and dismiss the Petition in its entirety.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: December 24, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on December 24, 2004, by first class mail, postage prepaid, upon:

Stephen John Casey, Sr.
W-67232
North Central Correctional Institute
500 Colony Road
P.O. Box 466
Gardner, MA 01440

pro se

_____
Randall E. Ravitz

2