UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                             Civil Action
                                             No: 04-11940-PBS

Stephen John Casey, Jr.,
Petitioner,

v.

Steven O'Brien,
Respondent.

## BRIEFING ORDER

SARIS, D.J.

      The petition for Writ of Habeas Corpus in this action was filed on September 13, 2004. In order to complete the record, the Petitioner is hereby directed to file and serve a brief in support of the petition for habeas corpus on or before January 27, 2005, and the Respondent is hereby directed to file and serve a brief in opposition to the petition on or before February 28, 2005.

                                                     By the Court,

                                                   /s/ Robert C. Alba
                                                   Deputy Clerk

December 30, 2004

To: All Counsel