UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| **STEPHEN JOHN CASEY, SR.,**   Petitioner,   v.   **STEVEN O"BRIEN,**   Respondent. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11940-PBS<br>)<br>)<br>)<br>) |

## PETITIONER'S MOTION FOR AN ENLARGEMENT

### OF TIME TO FILE BRIEF

The Petitioner, Stephen John Casey, SR., an inmate at the North Central Correctional Institute, at Gardner, Massachusetts (the "Petitioner"), hereby respectfully moves this Court to enlarge until February 27, 2005, the time in which [He] must file a brief in support of [His] petition for habeas corpus. The Petitioner's response is currently due on January 27, 2005.
In support of this Motion, the Petitioner states as follows:

   1.  The Petition arises from a 1999 conviction(s) in New Bedford, Massachusetts, (Bristol County)-and, Brocton, Massachusetts, (Plymouth County)

   2.  The Petitioner is an inmate at the above mentioned institution, and therefore does not have the conditions which would be needed to do a brief (pro-se), in the present alloted time.

   3.  In Respondent's Motion to dismiss, The Respondent request an opportunity to file an answer and proposed scheduling order for such parties.

Therefore the Petitioner respectfully moves this Court to grant this motion, for the foregoing reasons.

Respectfully Submitted,
STEPHEN JOHN CASEY, SR.
Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was sereved on January 11,2005, by first class mail, postage prepaid, upon:

Randall E. Ravitz (BBO#643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108


STEPHEN JOHN CASEY, SR.

*[signature]*
Pro-Se

North Central Correctional insttute
500 Colony Road
P.O. Box 466
Gardner, Massachusetts 01440


DATED: January 10, 2005