UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN JOHN CASEY, SR., <br><br> Petitioner, <br><br> V. <br><br> STEVEN O'BRIEN, <br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.# 04-11940-PBS <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes the Petitioner in the above Civil Action and so moves this Honorable Court to appoint counsel to represent Petitioner in above Civil Action, and to assist in writing the brief. In the alternative, the Petitioner prays the Honorable Court to allow funds to be so ordered for Petitioner to attend a Law school, along with a continuence to grant time needed for the alternative.

As reasons therefore, the Petitioner states as follows:

1.  [He] is indigent and without funds to provide what would be needed to have a level field, whereas the Respondent has legal services from the Attorney General's office.

2.  Petitioner is now under the collateral consequence of M.G.L. c.123A §12, and as such is under heavy stress and worry, in anticipation of another legal preparation and court case.

( 1 )

3. Petitioner has a limited knowledge of the law, which consist only of a year and a half as a prison law clerk, and that experience learned from [His] instant conviction(s).

**WHEREFORE,** it is respectfully prayed this Honorable Court grant this motion for reasons set forth herein or any and all other reasons this Court deems just in the premises.

Respectfully Submitted,

*Stephen John Casey, Sr.*
STEPHEN JOHN CASEY, SR.,    PRO-S

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on January 11, 2005, by first class mail, postage prepaid, upon:

Randell E. Ravitz (BBO# 643381)
Assistant Attorney General

Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

SIGNED, AND DATED ON: January 11, 2005

STEPHEN JOHN CASEY, SR.,    PRO-SE

*Stephen John Casey, Sr.*