

# The Commonwealth of Massachusetts
## Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108-1598

Thomas F. Reilly
Attorney General

(617) 727-2200
www.ago.state.ma.us

March 30, 2005

**Via Hand Delivery**

Ms. Sarah A. Thornton, Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re:   *Stephen John Casey, Sr. v. Steven O'Brien*,
        Civil Action No. 04-11940-PBS

Dear Ms. Thornton:

Enclosed is a copy of a the *Respondent's Motion for a Further Enlargement of Time Within Which to File Brief in Opposition to Petition* that was served upon the Petitioner at the North Central Correctional Institute by first-class mail, but was returned to my office because the Petitioner has apparently been released from that facility. If your office has a new address for the Petitioner, I would very much appreciate if you could forward the enclosed document to him at such address and notify me of that address.

Please do not hesitate to contact me if you have any questions regarding the enclosed. Thank you for your attention to this matter.

Very truly yours,

Randall E. Ravitz

cc:   Stephen John Casey, Sr., pro se