UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN JOHN CASEY, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-11940-PBS |
| ) | |
| STEVEN O'BRIEN, ) | |
| ) | |
| Respondent. ) | |

### RESPONDENTS' RULE 5 APPENDIX ACCOMPANYING HIS ANSWER

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases ("Rule 5"), Respondent Steven O'Brien (the "Respondent") hereby submits the following materials.

**Transcripts**

1. Attached hereto as Exhibits are the following transcripts:

    Exhibit A.  Transcript of Probable Cause Hearing in connection with <u>Commonwealth v. Steven Casey</u>, Case No. 9873-CR-0421 in the New Bedford, Massachusetts, Superior Court;

    Exhibit B.  Transcript of December 6, 2002 Hearing Before the Honorable Richard J. Chin in the Brockton, Massachusetts, Superior Court in connection with <u>Commonwealth v. Steven Casey</u>, Case No. 9873-CR-0421 in the New Bedford, Massachusetts, Superior Court; and

        <u>Exhibit C</u>.    Transcript of April 5, 2005 Oral Argument Before the Massachusetts Supreme Judicial Court in connection with <u>Commonwealth v. Steven Casey (No. 1)</u>, Case No. SJC-09187, and <u>Commonwealth v. Steven Casey (No. 2)</u>, Case No. SJC-09212.

2. The Respondent has also obtained all four volumes of transcripts from the Petitioner's October 1999 trial and sentencing in the Bristol County Superior Court ("Tr. Bristol Trial"). Given that such transcripts were impounded in the state court system, the Respondent has refrained from filing them herewith and has instead moved this Court to likewise impound them. The Respondent will promptly file such transcripts upon the disposition of his Motion for Impoundment of Transcripts.

3. Additionally, the Respondent is seeking to obtain a transcript of the May 23, 2003 hearing in connection with <u>Commonwealth v. Steven Casey</u>, Case No. 9873-CR-0421 in the New Bedford, Massachusetts, Superior Court, and <u>Commonwealth v. Steven J. Casey</u>, Case No. 1998-CR-01379 in the Brockton, Massachusetts, Superior Court. The Respondent expects to receive such a transcript by April 18, 2005. As with the trial transcripts referenced above, this transcript was impounded in the state court system, and the Respondent has moved this Court to impound it. Thus, the Respondent will promptly file such transcripts upon their receipt and the disposition of his Motion for Impoundment of Transcripts.

4. The Respondent is not aware of any further transcripts prepared in connection with <u>Commonwealth v. Steven Casey</u>, Case No. 9873-CR-0421 in the New Bedford, Massachusetts, Superior Court, or the appeal from rulings in that case.

5. The Respondent is not aware of any proceedings that have been recorded but not transcribed.

**<u>Appellate Briefs and Opinions</u>**

1. The following appellate opinion is attached hereto:

    <u>Exhibit D</u>.    <u>Commonwealth v. Casey</u>, 442 Mass. 1, 809 N.E.2d 980 (2004).

2. The following appellate briefs were previously filed as Exhibits to the Respondent's Appendix Accompanying his Motion to Dismiss (the "Initial Appendix"):

    a. Brief of Appellee/Cross-Appellant Steven Casey to the Massachusetts Appeals Court and Supreme Judicial Court, as <u>Exhibit E</u> to the Initial Appendix ("Pet'r's Br. to Appeals Court/SJC")[1];

    b. Brief and Record Appendix of Appellant/Cross-Appellee the Commonwealth of Massachusetts to the Massachusetts Appeals Court and Supreme Judicial Court, as <u>Exhibit F</u> to the Initial Appendix ("Commonwealth's Br. to Appeals Court/SJC"); and

    c. Reply Brief of Appellee/Cross-Appellant Steven Casey to the Massachusetts Appeals Court and Supreme Judicial Court, as <u>Exhibit G</u> to the Initial Appendix ("Pet'r's Reply Br. to Appeals Court/SJC").

---

[1] The briefs filed by the parties in the Appeals Court were transferred to the Supreme Judicial Court when the latter Court took the case on its own motion.

                                        Respectfully submitted,

                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL

                                        <u>/s/ Randall E. Ravitz</u>
                                        Randall E. Ravitz (BBO # 643381)
                                        Assistant Attorney General
                                        Criminal Bureau
                                        One Ashburton Place
                                        Boston, Massachusetts  02108
                                        (617) 727-2200, ext. 2852

Dated:  April 11, 2005


## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on April 11, 2005, by first class mail, postage prepaid, upon:

Stephen John Casey, Sr.
W-67232
North Central Correctional Institute
500 Colony Road
P.O. Box 466
Gardner, MA  01440

pro se

                                        <u>/s/ Randall E. Ravitz</u>
                                        Randall E. Ravitz