UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN JOHN CASEY, SR.,   )<br>                                                   )<br>        Petitioner,                        )<br>                                                   )<br>v.                                              )<br>                                                   )<br>STEVEN O'BRIEN,                  )<br>                                                   )<br>        Respondent.                    )<br>                                                   ) | Civil Action No. 04-11940-PBS |

**RESPONDENTS' NOTICE OF FILING WITH CLERK'S OFFICE
CONCERNING EXHIBITS TO HIS
RULE 5 APPENDIX ACCOMPANYING HIS ANSWER**

Notice is hereby given that the following Exhibits to the Respondent's Rule 5 Appendix Accompanying his Answer have been manually filed with the Court and are available in paper form only:

Exhibit A.  Transcript of Probable Cause Hearing in connection with Commonwealth v. Steven Casey, Case No. 9873-CR-0421 in the New Bedford, Massachusetts, Superior Court;

Exhibit B.  Transcript of December 6, 2002 Hearing Before the Honorable Richard J. Chin in the Brockton, Massachusetts, Superior Court in connection with Commonwealth v. Steven Casey, Case No. 9873-CR-0421 in the New Bedford, Massachusetts, Superior Court;

Exhibit C.  Transcript of April 5, 2005 Oral Argument Before the Massachusetts Supreme Judicial Court in connection with <u>Commonwealth v. Steven Casey (No. 1)</u>, Case No. SJC-09187, and <u>Commonwealth v. Steven Casey (No. 2)</u>, Case No. SJC-09212;

and

Exhibit D.  <u>Commonwealth v. Casey</u>, 442 Mass. 1, 809 N.E.2d 980 (2004).

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  April 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on April 11, 2005, by first class mail, postage prepaid, upon:

Stephen John Casey, Sr.
W-67232
North Central Correctional Institute
500 Colony Road
P.O. Box 466
Gardner, MA  01440

pro se

 /s/ Randall E. Ravitz
Randall E. Ravitz

2