## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## <u>ORDER OF REFERENCE</u>

Check if previously referred X

 Stephen John Casey, Sr.

                    V.                                    CA No.   04-11940-PBS

 Steven O'Brien

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Alexander</u>  for the following proceedings:

(A)          Referred for full pretrial case management, including all dispositive motions.

(B)          Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)          Referred for discovery purposes only.

(D)    X     Referred for Report and Recommendation on:

              (  ) Motion(s) for injunctive relief
              (  ) Motion(s) for judgment on the pleadings
              (  ) Motion(s) for summary judgment
              (  ) Motion(s) to permit maintenance of a class action
              (  ) Motion(s) to suppress evidence
              (**X**) Motion(s) to dismiss - Doc. No. 7
              (  ) Post Conviction Proceedings[1]
              See Documents Numbered: _____

(E)    X     Case also referred for events.  See Doc. No(s).   <u>17 Motion for Extension of Time; 19 Motion to Impound Transcripts.</u>

(F)          Case referred for settlement.

(G)          Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
              (  ) In accordance with Rule 53, F.R.Civ.P.
              (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)          Special Instructions: _____

     April 12, 2005                            By:      /s/ Robert C. Alba
Date                                                Deputy Clerk

**(Order of Reference Criminal.wpd - 05/2003)**

---

    [1]    See reverse side of order for instructions