UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-CV-11940 PBS

STEPHEN JOHN CASEY, JR.
Plaintiff

V.

STEVEN O'BRIEN
Defendant

**ORDER ON RECUSAL**

April 13, 2005

ALEXANDER, M.J.

    This Court hereby recuses itself from consideration of the above-entitled action pursuant to 28 U.S.C.A. § 455(a). Accordingly, the case file is returned to the District Court (Saris, J.).

SO ORDERED.

                                                  /S/ Joyce London Alexander
                                                United States Magistrate Judge