UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred

Stephen John Casey, Sr.

      V.                                    CA No. 04-11940-PBS

Steven O'Brien

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Sorokin for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)        Referred for full pretrial case management, not including dispositive motions:

(C)        Referred for discovery purposes only.

(D)   **X**   Referred for Report and Recommendation on:

        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        (**X**) Motion(s) to dismiss - Doc. No. 7
        ( ) Post Conviction Proceedings[1]
        See Documents Numbered: _____

(E)   **X**   Case referred for events only. See Doc. No(s). 17 Motion for Extension of Time; 19 Motion to Impound Transcripts.

(F)        Case referred for settlement.

(G)       Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)       Special Instructions: _____

April 14, 2005                                  By:   /s/ Robert C. Alba
Date                                                     Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1] See reverse side of order for instructions