# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| STEPHEN JOHN CASEY, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **Civil Action No. 04-11940-PBS** |
| ) | |
| STEVEN O'BRIEN, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

## RESPONDENT'S SECOND SUPPLEMENTAL ANSWER
## WITH IMPOUNDED TRANSCRIPTS

Respondent Steven O'Brien (the "Respondent") hereby further supplements his Answer

by submitting the following materials as Exhibits hereto:

| | |
|---|---|
| EXHIBITS A-I THROUGH A-IV. | Four volumes of transcripts from the October 1999 trial in connection with Commonwealth v. Steven Casey, Case No. 9873-CR-0421 in the Bristol County, Massachusetts, Superior Court ("Tr. Bristol Trial"); |
| EXHIBIT B. | The one-volume transcript of the May 23, 2003 hearing on the Petitioner's Motion for a New Trial in connection with Commonwealth v. Steven Casey, Case No. 9873-CR-0421 in the Bristol County, Massachusetts, Superior Court ("Tr. Bristol 5/23/03 Hr'g"); and |

EXHIBIT C.      The one-volume transcript of the February 25, 2000

hearing in connection with Commonwealth v.

Steven J. Casey, Case No. 1998-CR-01379 in the

Plymouth County, Massachusetts, Superior Court

("Tr. Plymouth 2/25/00 Hr'g").

All of the materials listed above are to be IMPOUNDED pursuant to the Order of

Magistrate Judge Sorokin of April 28, 2005.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        /s/ Randall E. Ravitz
        Randall E. Ravitz (BBO # 643381)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200, ext. 2852

Dated:  May 3, 2005


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on May 3, 2005, by first class mail, postage prepaid, upon:

Stephen John Casey, Sr.
10 Margin Street
New Bedford, MA  02744

pro se

        /s/ Randall E. Ravitz
        Randall E. Ravitz