UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN JOHN CASEY, SR., <br><br> Petitioner, <br><br> v. <br><br> STEVEN O'BRIEN, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-11940-PBS <br> ) <br> ) <br> ) <br> ) |

**RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE
CONCERNING IMPOUNDED EXHIBITS
TO HIS SECOND SUPPLEMENTAL ANSWER**

Notice is hereby given that the following Exhibits to the Respondent's Second Supplemental Answer have been manually filed with the Court and are available in paper form only:

EXHIBITS A-I THROUGH A-IV.   Four volumes of transcripts from the October 1999 trial in connection with Commonwealth v. Steven Casey, Case No. 9873-CR-0421 in the Bristol County, Massachusetts, Superior Court ("Tr. Bristol Trial");

| | |
|---|---|
| EXHIBIT B. | The one-volume transcript of the May 23, 2003 hearing on the Petitioner's Motion for a New Trial in connection with <u>Commonwealth v. Steven Casey</u>, Case No. 9873-CR-0421 in the Bristol County, Massachusetts, Superior Court ("Tr. Bristol 5/23/03 Hr'g"); and |
| EXHIBIT C. | The one-volume transcript of the February 25, 2000 hearing in connection with <u>Commonwealth v. Steven J. Casey</u>, Case No. 1998-CR-01379 in the Plymouth County, Massachusetts, Superior Court ("Tr. Plymouth 2/25/00 Hr'g"). |

The original documents are maintained in the case file in the Clerk's Office. All such documents have been IMPOUNDED pursuant to the Order of Magistrate Judge Sorokin of April 28, 2005.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        <u>/s/ Randall E. Ravitz</u>
        Randall E. Ravitz (BBO # 643381)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200, ext. 2852

Dated:  May 3, 2005

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served on May 3, 2005, by first class mail, postage prepaid, upon:

Stephen John Casey, Sr.
10 Margin Street
New Bedford, MA  02744

pro se

                                                   /s/ Randall E. Ravitz
                                                  Randall E. Ravitz