UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN JOHN CASEY, SR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>STEVEN O'BRIEN, )<br>)<br>Respondent. )<br>) | Civil Action No. 04-11940-PBS |

## CERTIFICATE OF SERVICE

I, Randall E. Ravitz, hereby certify that a true copy of each of the following documents was served on May 3, 2005 by first-class mail, postage prepaid, upon pro se Petitioner Stephen John Casey, Sr. at 10 Margin Street, New Bedford, MA 02744:

1. Respondent's Motion for a Further Enlargement of Time Within Which to File Brief in Opposition to Petition (Docket Entry No. 15);

2. Letter to Court Clerk from Respondent's Counsel (Docket Entry No. 16);

3. Respondent's Motion for a Further Enlargement of Time Within Which to File Brief in Opposition to Petition (Rejected due to failure to file electronically);

4. Respondent's Re-Filed Motion for a Further Enlargement of Time Within Which to File Brief in Opposition to Petition (Docket Entry No. 17);

5. Respondent's Memorandum in Opposition to Petition (Docket Entry No. 18);

6. Respondent's Motion to Impound Transcripts (Docket Entry No. 19);

7. Respondent's Answer to Petition dated (Docket Entry No. 20);

8. Respondent's Answer to Petition (Refiled with Signature) (Docket Entry No. 21);

9. Respondent's Rule 5 Appendix Accompanying his Answer (Docket Entry No. 22);

10. Respondent's Notice of Filing with Clerk's Office Concerning Exhibits to His Rule 5 Appendix Accompanying His Answer (Docket Entry No. 23);

11. Respondent's Supplemental Answer (Docket Entry No. 24); and

12. Respondent's Notice of Filing with Clerk's Office Concerning Exhibits to His Supplemental Answer (Docket Entry No. 25).

A true copy of each of the foregoing documents had been previously served upon the Petitioner at his then-last-known address at the North Central Correctional Institute, 500 Colony Road, P.O. Box 466, Gardner, MA 01440.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: May 3, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on May 3, 2005, by first class mail, postage prepaid, upon:

Stephen John Casey, Sr.
10 Margin Street
New Bedford, MA 02744

pro se

/s/ Randall E. Ravitz
Randall E. Ravitz