

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

May 3, 2005

**Via Hand Delivery**

Ms. Sarah A. Thornton, Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    *Stephen John Casey, Sr. v. Steven O'Brien*,
             Civil Action No. 04-11940-PBS

Dear Ms. Thornton:

    As you may be aware, both your office and mine have made attempts to deliver mail to Petitioner Stephen John Casey, Sr. at his address at the North Central Correctional Institute, only to find that such mail is returned with a notation indicating that Mr. Casey has been released from the facility. After considerable effort, I have obtained the following updated address for Mr. Casey through another state office:

    Stephen John Casey, Sr.
    10 Margin Street
    New Bedford, MA 02744.

    Accordingly, I have sent to Mr. Casey at that address a copy of each filing that had been returned. I also enclosed a letter in which I encouraged him to inform your office and mine whether he wishes to receive correspondence related to the above case at that address or some other address. I will, of course, leave to your good discretion whether to update the docket with the new address in the meantime.

                                       Very truly yours,

                                       Randall E. Ravitz
                                       Assistant Attorney General

cc: Christine Patch, Docket Clerk to Hon. Patti B. Saris (via hand delivery)
Maria Simeone, Court Clerk to Hon. Leo T. Sorokin (via hand delivery)
Stephen John Casey, Sr., pro se (via first-class mail)