Stephen John Casey, Sr.
10 Margin Street
New Bedford, Massachusetts
02744



6 May 2005

Ms. Sarah A. Thornton, Clerk

United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA. 02210

    RE: <u>Stephen John Casey, Sr. v. Steven O'Brien,</u>
        **Civil Action No. 04-11940-PBS**

Dear Ms. Thornton:

    I received documents that were delivered to me at the North Correctional Institute. Before I was released the staff filed into their computer, my address I was going to and other personal information. When I asked why they were taking such information, I was told this was solely for them to forward my mail to me. I'm guessing this did not turn out to be true?

    However; after reviewing all the materials filed by the by the Attorney General in this case, I have come to the conclusion I cannot understand that complex level of law to be able to properly respond. If this can go forward on what has been submitted, with a good review, I have nothing further to add at this point.

Respectfully Submitted,

*Stephen John Casey Sr.*
Stephen John Casey, Sr.